MIRIAM D. SELSKY, Respondent, v. CARLO BARSOTTI, Appellant.— Order denying motion to vacate attachment affirmed, with ten dollars costs and dis-

bursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.